470 A.2d 1035

Commonwealth v. Zink, Appellant.

 Submitted November

7, 1983. Barbara Lee Krier, Assistant Public Defender, for appellant; Andrea S. Eveler, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, JOHNSON and POPOVICH, JJ.

Judgment of sentence is affirmed.